**STEVEN WALLACH**
**ATTORNEY AT LAW**

| | |
|---|---|
| CERTIFIED BY THE<br>SUPREME COURT OF NEW JERSEY<br>AS A CIVIL TRIAL ATTORNEY<br><br>ADMITTED TO PRACTICE IN THE STATE AND<br>FEDERAL COURTS OF NEW YORK AND NEW JERSEY | 5 MAPLETON ROAD<br>Suite 100<br>PRINCETON, NJ 08540<br>(609) 987-9100<br>FAX (609) 987-9101<br>E-MAIL wallach@att.net |

January 21, 2014

Honorable Lois H. Goodman
United States Magistrate Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street - Room 7050
Trenton, NJ 08608

Re: Bernard and Amy Lerner v. Community Options Inc., et al.
    Civil Action No. 13-628(PGS)(LHG)

**Mediation scheduled for January 27 at 2:30 PM**

Dear Judge Goodman:

      Counsel for Plaintiffs Patrick Whelan and I jointly request adjournment of the mediation. We have been attempting to settle this matter but our efforts have been unsuccessful and the parties are far apart. We both believe what is needed is a full day or more to reduce the large gap between the parties.

      Unfortunately, I am not able to appear on Monday. My wife and mother-in-law were in a serious car accident over the holidays and I have just been diagnosed with a cardiac problem which requires immediate attention. Accordingly, a new attorney will be assigned by Philadelphia Insurance Companies to represent Community Options in that matter. I anticipate that happening within a week and request Your Honor await that re-assignment and then perhaps schedule a phone status conference (an approach Mr. Whelan has suggested to me).

      Please advise. I can be reached on my cellphone today and Friday at (609) 306-2818.

                                                              Respectfully submitted,

                                                              *Steven Wallach*

                                                              Steven Wallach

SDW:sw
Cc: Patrick J. Whalen, Esq.
FAX 989-2193