# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

BERNARD and AMY LERNER, individually:
and as Guardians for CARRIE LERNER,
                              Plaintiffs,

v.

COMMUNITY OPTIONS, INC; JOHN/JANE:
DOES 1-30 (multiple, alternative, and fictitious:
individuals and/or business entities), and ABC:
BUSINESS     ENTITIES     1-10    (multiple,:
alternative, and fictitious individuals and/or:
business entities).

                              Defendants.

**CASE NO.: 13-628 (PGS)**

Civil Action

**ORDER FOR RELEASE OF RECORDS
BY COMMUNITY OPTIONS, INC.
AND ITS OPTION QUEST PROGRAM**

IT IS ON THIS 27th day of January, 2013, **ORDERED** that copies of all records in the possession of Defendant Community Options, Inc. and its Option Quest program related to, or pertaining to, service recipient Patrick Messina shall be produced to Plaintiffs' Counsel.

**IT IS FURTHER ORDERED** that the aforementioned records shall remain confidential and will be subject to the Discovery Confidentiality Order filed in this action governing the discovery of documents, and such records:

1) Can be copied so that the Court and the parties, as well as their experts, can communicate and utilize said documents for this litigation, and

2) Cannot be communicated outside the proceedings presently before the Court nor be utilized for any proceeding other than this action.

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all counsel within ten (ten) days of receipt.

APPROVED BY THE COURT

_____

Hon. Lois H. Goodman, U.S.M.J.