# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BERNARD and AMY LERNER, individually and as Guardians for CARRIE LERNER, <br> Plaintiffs, <br><br> v. <br><br> COMMUNITY OPTIONS, INC; JOHN/JANE DOES 1-30 (multiple, alternative, and fictitious individuals and/or business entities), and ABC BUSINESS ENTITIES 1-10 (multiple, alternative, and fictitious individuals and/or business entities). <br><br> Defendants. | CASE NO.: 13-628 (PGS) <br><br> Civil Action <br><br> **CONSENT ORDER** |

This matter comes before the Court upon and consent of Plaintiffs, through their Counsel, Patrick J. Whalen, Esquire and the New Jersey Department of Human Services, Division of Developmental Disabilities, (DDD), through its Counsel, Deputy Attorney General Gerard Hughes, for the entry of this Order;

**IT IS** on this 25th day of March, 2014,

**ORDERED** that the New Jersey Department of Human Services, Division of Developmental Disabilities (DDD) shall release the following records to Plaintiff Counsel:

1. All records in the possession of the New Jersey Department of Human Services and the Department of Human Services, Division of Developmental Disabilities related to, or pertaining to, service recipients Patrick Messina and/or Carrie Lerner.

**IT IS FURTHER ORDERED** that the aforementioned records shall be treated as confidential and will be subject to the Discovery Confidentiality Order filed in this action governing the discovery of documents, and such records:

1) Can be copied so that the Court and the parties, as well as their experts, can communicate and utilize said documents for this litigation;
2) Cannot be communicated outside the proceedings presently before the Court nor be utilized for any proceeding other than this action, and
3) Cannot and will not be used as a basis to name the Department of Human Services, or its Division of Developmental Disabilities as a Defendant in the present proceeding, or as it may be amended.

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all counsel within ten (10) days of receipt.

So Ordered

Hon. Lois H. Goodman
United States Magistrate Judge

I hereby consent to the entry of the above Order.

Patrick J. Whalen, Esq.

Dated: March 19, 2014

Gerard Hughes, DAG

Dated: 3/24/14