UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON OFFICE

DATE OF PROCEEDING: 08-12-2014
CIVIL DOCKET NO. 13-628 (LHG)

MAGISTRATE JUDGE LOIS H. GOODMAN

DEPUTY CLERK : Ivannya Jimenez

TITLE OF CASE:
Bernard and Amy Lerner
vs.
Community Options, Inc., et al.

APPEARANCES:
Patrick Whalen, Esq., for Plaintiff
Amy Lerner (mother)
Bernard Lerner (father)

Christopher J. O'Connell, Esq for Community Options, Inc.

NATURE OF PROCEEDINGS:
Friendly Hearing Held.
On the Record.

Amy Lerner sworn as guardian for Carrie Lerner.
Terms of settlement placed on the record.
Court accepts settlement.
Order to be filed.

Commenced 3:55 p.m.          Adjourned 4:10 p.m.

s/Ivannya Jimenez,
Courtroom Deputy